ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB - 9 2006

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BOBBY CHARLES CANADY, #1074238, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 3:05-CV-1255-B |
| ) | (consolidated with |
| DOUGLAS DRETKE, Director, Texas ) | 3:05-CV-1256-B) |
| Department of Criminal Justice, ) | ECF |
| Correctional Institutions Division, ) | |
| Respondent. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Paul D. Stickney made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 9th day of Feb, 2006.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE